

**FILED**

**JUL 29 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH EUGENE DREW,<br><br>Defendant. | No. 2:16-CR-00016-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release KENNETH EUGENE DREW;

Case No. 2:16-CR-00016-KJM, from custody:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

__X__ (Other): Defendant to reside with the defendant's brother (Rick Drew) as approved by the probation officer on the previously imposed conditions of supervision. Defendant shall not consume alcohol and shall not enter any establishment where alcohol is the primary item of sale. Per Stipulation (ECF No. 17).

Issued at Sacramento, California on __7/29/16__, at __3pm__.

_____
Kimberly J. Mueller
United States District Judge