**FILED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SEP 0 8 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH EUGENE DREW,<br><br>Defendant. | No. 2:16-CR-00016-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release KENNETH EUGENE DREW;

Case No. 2:16-CR-00016-KJM, from custody:

\_\_\_Release on Personal Recognizance

\_\_\_Bail Posted in the Sum of $

_X_ (Other): to the third party custody of his brother, Richard Drew, with the conditions of supervision imposed at the dispositional hearing held on September 9, 2016.

Issued at Sacramento, California on  9/8/16 , at 10:35 a.m.

_____
Kimberly J. Mueller
United States District Judge